NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

v

Crim. No. 3:10cr26-001/LAC

SOMER C. NEWLAND

On December 5, 2008, the above named was placed on Supervised Release for a period of five years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that SOMER C. NEWLAND be discharged from Supervised Release.

Respectfully submitted,

_____
Brian S. Davis
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this **20th** day of **July**, 2010.

_____
Honorable Lacey A. Collier
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

10 JUL 21 AM 9: 35

RECEIVED